**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:22cv1294 (PTG/WEF) |
| NEW YORK CHUTES, LLC | ) |
| Defendant. | ) |

## **ORDER**

This matter is before the Court on Plaintiff's Second Motion for Default Judgment. (Dkt. 49). Counsel for Plaintiff appeared before the undersigned on September 22, 2023.

For reasons stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiff is permitted to file supplemental briefing in support of its Second Motion for Default Judgement (Dkt. 49) by September 29, 2023.

The Clerk is directed to forward copies of this Order to Defendant by mail and e-mail at the following addresses, provided at Dkt. 5:

New York Chutes LLC
P.O. Box. 234
Lebanon, NJ 08833
nychutes@gmail.com

**ENTERED** this 22nd day of September, 2023.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia