# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NEW YORK CHUTES, LLC <br><br> Defendant. | Civil Action No. 1:22cv1294 (PTG/WEF) |

## ORDER

This matter is before the Court on Plaintiffs' Motion to Withdraw its Second Motion for Default Judgment as to Defendant New York Chutes, LLC (the "Motion"). (Dkt. 54).

On September 29, 2023, Plaintiffs filed its Motion for Leave to File Second Amended Complaint (Dkt. 55), which was granted by the Court on October 2, 2023. Plaintiffs' pending Motion for Default Judgment (Dkt. 49) is therefore moot.

Accordingly, it is hereby

**ORDERED** that Plaintiffs' Motion (Dkt. 54) is **GRANTED**; it is further

**ORDERED** that Plaintiffs' Motion for Default Judgment (Dkt. 49) is deemed withdrawn.

The Clerk is directed to forward copies of this Order to Defendant by mail and e-mail at the following addresses, provided at Dkt. 5:

New York Chutes LLC
P.O. Box 234
Lebanon, NJ 08833
nychutes@gmail.com

**ENTERED** this 2nd day of October, 2023.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia