# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| BOARD OF TRUSTEES SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No. 1:22-cv-1294-PTG-WEF |
| v. | )<br>) |
| NEW YORK CHUTES, LLC, | )<br>) |
| Defendant. | )<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of Isler Dare, P.C., hereby enters his appearance in the above-titled action on behalf of Defendant New York Chutes, LLC. I certify that I am admitted to practice in this Court.

Dated: December 7, 2023

Respectfully submitted,

*/s/ Micah E. Ticatch*
MICAH E. TICATCH
Virginia Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Telephone: (703) 748-2690
Facsimile: (703) 748-2695
E-Mail: mticatch@islerdare.com
*Counsel for Defendant*
*New York Chutes, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December 2023, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Eastern District of Virginia using the CM/ECF system, which automatically sends the foregoing via email to:

>Diana M. Bardes, Esq. (VA Bar No. 81831)
>Mooney, Green, Saindon, Murphy & Welch, P.C.
>1920 L Street, NW, Suite 400
>Washington, D.C. 20036
>(202) 783-0010
>(202) 783-6088 (facsimile)
>dbardes@mooneygreen.com
>*Counsel for Plaintiff Funds*

>/s/ Micah E. Ticatch
>MICAH E. TICATCH
>Virginia Bar No. 83351
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>Telephone: (703) 748-2690
>Facsimile: (703) 748-2695
>E-Mail: mticatch@islerdare.com
>*Counsel for Defendant*
>*New York Chutes, LLC*

2