# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| BOARD OF TRUSTEES SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) )   Case No. 1:22-cv-1294-PTG-WEF |
| v. | ) ) ) |
| NEW YORK CHUTES, LLC, | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT'S MOTION TO SET ASIDE DEFAULT

For the reasons stated in the concurrently filed memorandum, pursuant to Rule 55(c), Defendant New York Chutes, LLC moves for the Court to set aside the entry of default entered against it in the above matter.

Dated: December 7, 2023

Respectfully submitted,

*/s/ Micah E. Ticatch*
MICAH E. TICATCH
Virginia Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Telephone: (703) 748-2690
Facsimile: (703) 748-2695
E-Mail: mticatch@islerdare.com
*Counsel for Defendant*
*New York Chutes, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December 2023, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Eastern District of Virginia using the CM/ECF system, which automatically sends the foregoing via email to:

>Diana M. Bardes, Esq. (VA Bar No. 81831)
>Mooney, Green, Saindon, Murphy & Welch, P.C.
>1920 L Street, NW, Suite 400
>Washington, D.C. 20036
>(202) 783-0010
>(202) 783-6088 (facsimile)
>dbardes@mooneygreen.com
>*Counsel for Plaintiff Funds*

>*/s/ Micah E. Ticatch*
>MICAH E. TICATCH
>Virginia Bar No. 83351
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>Telephone: (703) 748-2690
>Facsimile: (703) 748-2695
>E-Mail: mticatch@islerdare.com
>*Counsel for Defendant*
>*New York Chutes, LLC*