# NEW YORK CHUTES LLC
dba NY Chutes
P.O. Box 20225
Newark, NJ 07102
nychutes@gmail.com
(973) 568-1588

| | | | |
|---|---|---|---|
| **To:** | Wilkinson Hi-Rise (WHR) | **Proposal #:** | 2019-103 (2) |
| **Attn:** | Mark Kavulich<br>(239) 216-6626 (M)<br>(954) 342-4346 (O)<br>mkavulich@whrise.com | **Date:** | Feb. 1, 2019 |
| | | **Job:** | Graduate Hotel<br>Roosevelt Island, NYC |

NY Chutes will provide **labor only** for the installation of laundry chute at the Graduate Hotel on Roosevelt Island, NYC. This will include 13 floors of chute with doors; and two bypass floors, roughly estimated at 15 feet and 25 feet. NY Chutes will also install the roof cap on the roof, and install the discharge door in the basement at the bottom of the chute.

**Not Included in this Proposal:**
No wiring of the doors, this proposal is for labor only for the installation of chute.
No stringing of wire or conduit will by done by NY Chutes.
Trucking is not included.

**WHR will:**
WHR will deliver all materials to the site. Wait time in excess of 2 hours will be separately charged at $400 per hour, times the number of workers waiting.
WHR will provide two scissor lifts to be used in the 25 foot bypass floor.
WHR will pay for any out-of-pocket costs for badging, security checks, etc.

**TOTAL PROPOSAL:**                                                        **$35,000**

**Payment Terms:**
$25,000 to be paid in advance, before work starts. Remaining balance of $10,000 payable within 5 days of the installation of the discharge door.

# NEW YORK CHUTES LLC

dba NY Chutes
P.O. Box 20225
Newark, NJ 07102
nychutes@gmail.com
(973) 568-1588

**Proposal #:**    2019-103 (2)

This proposal is made for acceptance within 30 days after above date, and shall not be binding on NY Chutes, until acknowledged in writing.

Accepted by:

_____
Wilkinson Hi-Rise

_____
New York Chutes LLC

___2/1/19_____
Date

___2/1/2019_____
Date