**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**MAGISTRATE JUDGE: <u>WILLIAM E. FITZPATRICK</u>**

<u>**CIVIL HEARING**</u>

**DATE: __12/8/23_____   COURTROOM#: _____500_____**
**START: _10:05 a.m._____**
**FINISH: _ 10:10 a.m._____**
**DEPUTY CLERK: <u>Tina Fitzgerald</u>**

**Civil Action Number: __1:22-cv-1294_____**

Board of Trustees, Sheet Metal Workers' National Pension Fund et al

vs

New York Chutes, LLC

Appearance of Counsel for:  ( x ) Plaintiff ( x ) Defendant
( ) Respondent   ( ) Pro Se Plaintiff

<u>Motion(s):</u>
Motion for Default Judgment-DE# 64

<u>Ruling:</u>

( ) Matter is uncontested and taken under advisement

**Argued &**

**(** ) GRANTED
**(** ) DENIED
( ) GRANTED IN PART/DENIED IN PART

<u>Notes:</u> Plaintiffs' Motion for Default Judgment (Dkt. 64) is **CONTINUED** to December 22, 2023, at 10:00 a.m. (see Order for complete details)

( ) Report and Recommendation to follow
( x ) Order to Follow