# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| BOARD OF TRUSTEES SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>NEW YORK CHUTES, LLC, <br><br>　　　　Defendant. | Case No. 1:22-cv-1294-PTG-WEF |

## **ORDER**

Upon consideration of Defendant's Motion to Dismiss ("Motion"), the memoranda submitted in support of and in opposition thereto, and argument, it is hereby:

ORDERED that the Motion be and is GRANTED; and it is further

ORDERED that the Second Amended Complaint in this matter is dismissed in its entirety with prejudice.

Dated: _____, 2024

Alexandria, Virginia

_____
Hon. Patricia T. Giles
United States District Court for the
Eastern District of Virginia

1