IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| BOARD OF TRUSTEES SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NEW YORK CHUTES, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:22-cv-1294-PTG-WEF |

### NOTICE OF HEARING

Please take notice that on Thursday, February 1, 2024, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendant, through undersigned counsel, will appear before this Honorable Court, in the United States District Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314, and request the Court to rule on its Motion to Dismiss.

Dated: January 9, 2024                    Respectfully submitted,

                                                    /s/ Micah E. Ticatch
                                         Micah E. Ticatch, VA Bar No. 83351
                                         Edward Lee Isler, Va. Bar No. 27985
                                         ISLER DARE, P.C.
                                         1945 Old Gallows Road. Suite 650
                                         Vienna, Virginia 22182
                                         Phone: (703) 748-2690
                                         Facsimile: (703) 748-2695
                                         eisler@islerdare.com
                                         mticatch@islerdare.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January 2024, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Eastern District of Virginia using the CM/ECF system, which automatically sends the foregoing via email to:

>Diana M. Bardes, Esq. (VA Bar No. 81831)
>Mooney, Green, Saindon, Murphy & Welch, P.C.
>1920 L Street, NW, Suite 400
>Washington, D.C. 20036
>(202) 783-0010
>(202) 783-6088 (facsimile)
>dbardes@mooneygreen.com
>*Counsel for Plaintiff Funds*

>   */s/ Micah E. Ticatch*
>Micah E. Ticatch, Va Bar No. 83351
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>Telephone: (703) 748-2690
>Facsimile: (703) 748-2695
>E-Mail: mticatch@islerdare.com
>*Counsel for Defendant*
>*New York Chutes, LLC*

2