IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> NEW YORK CHUTES, LLC, <br><br> *Defendant.* | Case No. 1:22-cv-1294 (PTG/WEF) |

ORDER

This matter comes before the Court on Defendant's Motion to Dismiss ("Motion"). Dkt. 77. Defendant filed the Motion on January 9, 2024. *Id.* That same day, Defendant filed a Notice of Hearing Date, requesting that Defendant's Motion be heard on February 1, 2024. Dkt. 79. However, pursuant to Local Civil Rule 7(F)(1), it is possible that full briefing on Defendant's Motion may not be completed until January 29, 2024. *See* Loc. Civ. R. 7(F)(1) of the Eastern District of Virginia ("the opposing party [to a motion] shall file a response brief and such supporting documents as are appropriate, within fourteen (14) calendar days after service and the moving party may file a reply brief within six (6) calendar days after [] service of the opposing party's response brief."). Given the close proximity of time between the hearing date and when briefing may be completed, is hereby

**ORDERED** that the hearing on Defendant's Motion to Dismiss (Dkt. 77), which is currently set for Thursday, February 1, 2024 at 10:00 AM, is **CONTINUED** until Thursday, February 22, 2024 at 10:00 AM.

Dated: January 12, 2024
Alexandria, VA

/s/
Patricia Tolliver Giles
United States District Judge