# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **02/22/2024**           Judge: **Patricia Tolliver Giles**
Time: 10:20 a.m. – 10:42 a.m.       Reporter: **S. Austin**
(00:22)

Civil Action Number: **1:22-cv-01294-PTG-WEF**

**Board of Trustees, Sheet Metal Workers' National Pension Fund, et al.,**

**Plaintiffs,**

V.

**New York Chutes, LLC,**

**Defendant.**

Appearances of Counsel for Plaintiffs' and Counsel for Defendant.

| Counsel for Plaintiffs | Counsel for Defendant |
|---|---|
| **Diana Bardes** | **Micah Ticatch** |
|  | **Jim & Julie Fox - Clients** |

MOTION TO/FOR:
[77] Motion to Dismiss for Failure to State a Claim by New York Chutes, LLC.

**MATTER ARGUED AND GRANTED WITH LEAVE TO AMEND THE SECOND AMENDED COMPLAINT WITHIN 21 DAYS.**
**THIRD AMENDED COMPLAINT DUE 03/14/2024.**
**ORDER TO FOLLOW.**