IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, )<br>)<br>)<br>) | |
| *Plaintiffs*, ) | Case No. 1:22-cv-1294 (PTG/WEF) |
| v. )<br>) | |
| NEW YORK CHUTES, LLC, )<br>) | |
| *Defendant*. ) | |

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss (Dkt. 77) Plaintiffs' Second Amended Complaint. For the reasons stated from the bench, it is hereby

**ORDERED** that Defendant's Motion to Dismiss (Dkt. 77) is **GRANTED**; it is hereby

**ORDERED** that Count I of Plaintiffs' Second Amended Complaint (Dkt. 59) is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that within twenty-one (21) days of the date of this Order, Plaintiffs shall file a third amended complaint.

Dated: February 22, 2024
Alexandria, VA

/s/
Patricia Tolliver Giles
United States District Judge