IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>NEW YORK CHUTES, LLC<br><br>　　　　　　　　　Defendant. | Case No. 1:22-cv-1294-PTG-WEF |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and given that Defendant New York Chutes, LLC has served neither an answer nor a motion for summary judgment, Plaintiffs Board of Trustees of the Sheet Metal Workers' National Pension Fund, *et al.* hereby dismiss the claims made in the above-captioned action against Defendant without prejudice.

WHEREFORE, Plaintiffs respectfully request that the Clerk of the Court enter the Voluntary Dismissal without prejudice.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Diana M. Bardes
　　　　　　　　　　　　　　　　　　Diana M. Bardes (VA Bar No. 81831)
　　　　　　　　　　　　　　　　　　Mooney, Green, Saindon, Murphy & Welch, P.C.
　　　　　　　　　　　　　　　　　　1920 L Street, NW, Suite 400
　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　(202) 783-0010
　　　　　　　　　　　　　　　　　　(202) 783-6088 Facsimile
　　　　　　　　　　　　　　　　　　dbardes@mooneygreen.com
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

Dated:  March 14, 2024

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 14th day of March, 2024, the foregoing NOTICE OF VOLUNTARY DISMISSAL was filed via the Court's CM/ECF system and served on counsel for Defendant:

Micah E. Ticatch
Isler Dare, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182

*Counsel for Defendant*

                                                                        /s/ Diana M. Bardes
                                                                         Diana M. Bardes