IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*,<br><br>                            **Plaintiffs,**<br>v.<br><br>NEW YORK CHUTES, LLC<br><br>                            **Defendant.** | Case No. 1:22-cv-1294-PTG-WEF |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and given that Defendant New York Chutes, LLC has served neither an answer nor a motion for summary judgment, Plaintiffs Board of Trustees of the Sheet Metal Workers' National Pension Fund, *et al.* hereby dismiss the claims made in the above-captioned action against Defendant without prejudice.

WHEREFORE, Plaintiffs respectfully request that the Clerk of the Court enter the Voluntary Dismissal without prejudice.

                                                           Respectfully submitted,

                                                           /s/ Diana M. Bardes
                                        Diana M. Bardes (VA Bar No. 81831)
                                        Mooney, Green, Saindon, Murphy & Welch, P.C.
                                        1920 L Street, NW, Suite 400
                                        Washington, D.C. 20036
                                        (202) 783-0010
                                        (202) 783-6088 Facsimile
                                        dbardes@mooneygreen.com
                                        *Counsel for Plaintiff*

Dated: March 14, 2024

SO ORDERED
March 14, 2024

                                                           Patricia Tolliver Giles
                                                           United States District Judge